2 copies

Appendix 2 to DCD 200-2

FORM 1

*FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL ACT, 42 U.S.C. § 1983*

10/22/62

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EARL P Johnson, JR 252-782/335-615
18800 Roxbury Rd
Hagerstown MD 21746

(Enter the full name, address, date of birth, and institution number of the plaintiff(s) in this action)

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 21 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

GJH-17-2419

CIVIL ACTION NO. _____

4 to 12 shift

v.   unit 6

LT Eric Keetzer / J. Steele / Sgt Calder / Commander J. Witt
18800 Roxbury Rd    David Sipes hearing officer / J. Sweeney Property
Hagerstown MD 21746  warden Richard Dovey Ndiff C

(enter the full name and address of the defendant(s) in this action)

I. Previous Lawsuits:

   A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES [ ]   NO [✓]

   B. If your answer to A. is yes, describe that action in spaces below. (If there is more than one lawsuit, describe the additional lawsuits on the reverse side of this page.)

   1. Parties to the previous action:

      Plaintiff _____ NONE _____

      Defendant(s) _____ NONE _____

Appendix 2 to DCD 200-2

2. Court (if a federal court, name the district; if a state court, name the city or county) __NONE__

3. Docket Number __NONE__

4. Name of Judge to whom the case was assigned __NONE__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __NONE__

6. Approximate date of filing the lawsuit __NONE__

7. Approximate date of the disposition __NONE__

II. Place of present confinement _____

Prior Institutional Identification Numbers _____

A. Is there a state prison grievance procedure in this institution?
   YES [✓]   NO [ ]

1. If your answer is YES:

   a) Did you file a grievance regarding your complaint, Proceeding under the Administrative Remedy Procedure?
      
      YES [✓]   NO [ ]

   b) If you answered YES, what steps did you take and what was the result? __I sent Request to IGG office I got the Letter Stating Return to Sender the Address is Correct__

   c) If you answered NO, explain why you did not file. __these people play game so we can't File on them, no Full name on Report crossed out wrote PIA 2 time For other three officer name East Joppa Road no Answer Back so I am filling__

PAGE 2

Appendix 2 to DCD 200-2

B. If there is no prison grievance procedure in the institution, did you complain to the prison authorities?

YES [✓]   NO [ ]

I. If you answered YES:

a) What steps did you take: Return to sender IGO I was found not guilty of 114-301 so 406 should have dismissed

b) What was the result? stated wrong address that the run around

III. Statement of the Claim
(State briefly the facts of your case. Include dates, times and places. Describe how each defendant is involved. Also include the names of other implicated persons. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary, for each copy of the complaint submitted.

Supporting Facts on 6-7-2017 the Report due not state which officer J. Steele or Sgt Calder stated the suspected Alcohol utilizing Also - screen test if the Report is Inaccurate Incomplete the Chain of Custody is incomplete Also there was no Alcohol Blow or Breath yet to Justife I was on or use Alcohol the whole test and Report was False Because it don't state were it came from what cell number or Cell Partner name I was the only person charged All are white Keller I am Black I have Been discriminated against by these officer

IV. (State briefly exactly what you want the court to do for you. Make no legal arguments or cite any cases or statutes.)

I want to Be Paid For Falsely Being Charged and Place on Lock-up and Contraband Rule 406 vacated there no Evidence

SIGNED THIS 16th day of August, 2017

Earl D. Johnson Jr.
Original Signature of Plaintiff

If you wish to proceed in forma pauperis, complete FORM 2

① J. Steele 6/7/2017 MCTC wrote the Report

the policy is that Both inmate is to be charged enless there a statement saying one of the Inmate owens the contraband which in this case there no statement of owenship that's discrimation All day if I am in the Rec hall with 115 other Inmate why was I the only one call out there was NO Fight so it's Just hear say correct! there a video of me in holding cell For Three hours without shoes on and was Being watch By another Inmate Every Fifteen minute

like I said there was no kind of test For Alcohol Blow test of Any kind that would show I was useing or Intoxicated at Anytime to charge me with a rule violation Document evidence is there whole case Each Defendant is liable For $100,000 each For Signing False and Perjury Report wrote By officer J. Steele violated Procedural Due Process was violated By the Action of the

Four officer From CoII to Sgt to supervisor to Commander All should Be Removed and Replaced For there Action which make them liable under this suit For there action of wrong doing I was discrimnated against By these Four white officer with out Proof of Evidence Sgt Calder Locked me in the Laundry Room For I hour Cuffed Behind my Back on 6/7/2017 with 10 Dryer it was like 110 Degree in there From 8:20 to 9:20

Then I was transfer to medical at the Request of LT Eric Kretzer Placed in holding cell For hours No Blow test or Alcohol or Blood test of Any kind my Shoe was out side the Door while another Inmate

(2) ON 6/27/2017, I was found not guilty of Rule 301 by hearing officer I spent 21 day on Lock-up 15 cell Restriction False Report that sent me on Lock up watch me every 15 minute there a video of Every thing up medical holding Cell J. Witt has the last say so he Approved there wrong doing and is liable as well he Just signed off so he Should Pay as well for wrong doing By his officer's who violated and discriminated against Mr Johnson I Lost $70.00 In Food If Any of your Food open they Trash it

Plus they lied and said I was on Administrative segregation P. hearing that's a lie I was on Disciplinary seg-Ph That's how I Lost 70 Dollar in Food I want replaced By J. Sweeney that's a Not a Policy to Trash open Food! This is on going for other suit filed By me disrespect is what going on By DPSCS employee CoII J. Sweeney is to Pay for Lost Commissary my Property sheet will show I was on Disc/seg not/Adm seg as Stated By Notice! not one of the officers are entitled Qualified Immunity for there Action which is Perjury and False Report I was deprived of Rights, Privileges Family Day Phone Commissary watching TV listening to CDs Radio working out Gym/library/Contact visit working lost pay Race discrimination is what happen to me

|$1000 A Day|    Damage wanted
Compensatory Damages: Lost of Procedural Rights
Punitive damages: $1000 A Day / smart money Damages 1000 A Day
Punitive Confinement $1000 A Day Reckless/wilful misconduct
Pecuniary Damages: lost wages
Exemplary Damages: $1,000 A Day for Discriminatory action
Vindictive Damages: $1,000 A Day for Discriminatory action

[3]

I Requested From PIA East Joppa rd the Full name of other Three officer who dnt state there whole Name the Attorney General can Receive there Full name From MCTC they Violated my Procedural Due Process By these Action I was Found not guilty of Rule 114 and 301 So how can you force me to cop out to 406 there no evidence hearing officer

David Sipes should have dismissed 406 as well as the officer wrongful Processed on a False Report vacate 406 Rule no evidence to Justife guilty find of 406 no contraband there no chain of custody of Any contraband when I asked they dismissed 114 and when I stated Blow test For Alcohol 301 was dismissed so 406 should have been dismissed I am Being Picked on so I am sueing every time they Cross that line! these document tell it All Correct! the warden Richard Dovey is bals in his Action to turn over Request Photo's and should Pay as well it a lie his Answer correct!

I was clear Of that Report so if I want to File a Law suit he should have okay my Request he over Look my Appeal as well which is clean as Day dismissed so why 406 wasnt dismissed as well he is to Pay! Thank You