# PERSONAL PROPERTY INVENTORY

Appendix 3 to DCD 220-004

(See DCD 220-004 for details. Allowable quantity listed is the maximum for General Population, combination of State-issued & personal property.)

Inmate Name __Johnson, Earl__   Number __252782__   Institution __McTC__

Inventory Reason: ( ) Transfer In   ( ) Transfer Out   ( ) Segregation   ( ) Release from Segregation   ( ) Hospital   ( ) Escape
( ) Out in Custody  ( ) Other _____ ASPA #134X5, 142655,142601, 1426X, 13100, 131099

| Item | Allow Quant | | Item | Allow Quant | | Item | Allow Quant | | | Item | Allow Quant | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLOTHING** | | | **APPLIANCES & ACCESSORIES** | | | Toothbrush holder | 1 | | | **RECREATIONAL MATERIALS** | | |
| Belt 2" Buckle (no logos) | 1 | ✓ | Alarm Clock | 1 | X | Over the counter Meds – includes: Aspirin/Tylenol (pack), Antacid (pack), Cough drops (bag), Vitamins – Multiple (container) (no amino or creatine) (Total combined) | 8 | | | Art Brushes | 5 | |
| Bras, state issue | 7 | X | Antenna, TV | 1 | X | | | | | Art Set | 1 set | |
| Coat, Jacket | 1 | | Batteries (as needed plus 1 additional set) | As req. | 6 | | | | | Board Games/Dominos (no dice) | 1 | |
| Footwear (any combo Athletic Shoes, Shower Shoes, Slippers, Sandals) | 4 | 4 | Beard/mustache trimmer and attachments | 1 | 1 | | | | | Chess Set (solid) $20 | 1 | |
| Handkerchiefs | 6 | X | Book Light | 1 | X | | | | | Guitar w/wo case $150 | 1 | |
| Hat (knit style) | 1 | ✓ | Calculator | 1 | X | **HYGIENE ITEMS** | | | | Guitar Strings (exchange only) | | |
| Hat (baseball style) | 1 | X | Cassette tapes, or CDs commercially recorded factory sealed - no DVDs | 8 | 9 | Hygiene items (aftershave lotion, bunion & callus pads, chapstick, contact lens cleaner, contact lens solution, cotton swabs, dental loops, denture adhesive & cleaner, deodorant, eye wash, hair conditioner & dressing, mouthwash, shampoo, shaving cream, skin cream & lotion, soap, talcum powder, toothpaste) (Total) | 30 | | | Harmonica w/case $25 | 1 | |
| Hat (stretch style) Male | 2 | | | | | | | | | Jigsaw Puzzle | 2 | |
| Hat (rain bonnet) Female | 1 | | Extension Cord or 1-outlet Surge Protector (9 feet max) | 1 | | | | | | Playing Cards (decks) | 2 | |
| Pajama Sets (nightgown, female only) | 2 | | Fan | 1 | | | | | | Support belt / athletic supporter | As req. | |
| Rain Poncho or Raincoat | 1 | X | Game System | 1 | | | | | | **MEDICAL ITEMS (Quantities Only as Prescribed)** | | |
| Shirts (Jerseys, Sweatshirts, Sweaters) | 6 | 2 | Game Cartridges $35 | 6 | 6 | | | | | Dentures and containers | | X |
| Shorts, Athletic | 4 | X | Headphones (clear) $25 | 1 | | | | | | Eyeglasses / Contacts & case | | ✓ |
| Shower Robe | 1 | | Radio, AM or AM/FM, w/wo cassette or CD no recording capability or detachable speakers $75 | 1 | 1 | | | | | Other items (braces, etc,), elastic joint support, other medical items | | 2 |
| Socks (pair) | 9 | | | | | Toilet paper rolls | 3 | | | Prosthetics | | X |
| Special Work Clothing | As Per. | | | | | **STATIONERY ITEMS** | | | | **FOOD / DRINK ITEMS – NO GLASS** | | |
| Thermal Underwear (set) | 2 | X | Television or TV/AM/FM Combo, w/wo remote $200 | 1 | 1 | Approved extension course material | As req. | | | Beef jerky | 6 | X |
| Trousers, Pants, Sweatpants, Leisure-style pants (Skirts, female only) | 4 | 4 | | | | Binder (notebook/no metal) | 1 | | | Candy, bags | 5 | 3 |
| | | | Typewriter, (or word processor, no detachable monitor or disk) $250 | 1 | X | Books & papers (personal, religious, legal (Magazines & newspapers included (12" x 12" x 18") | 1.5 cu. ft. | | | Candy, bars | 24 | X |
| Undershirts/Tee-shirts | 8 | X | | | | | | | | Canned goods & packaged meals (Total) | 15 | 8 |
| Underpants, Boxers/Briefs | 8 | X | | | | | | | | Cereals | 2 | 2 |
| **JEWELRY AND PERSONAL ACCES.** | | | Other accessories for appliances (typewriter ribbon, earphone extensions, AC adapters, no universal adapters coax connectors) (As permitted) | As req. | 1 | Books, school (As required) | | | | Coffee, Hot Chocolate individual packs | 24 | X |
| Clothes Hangers (plastic) | 6 | 4 | | | | Greeting cards (As approved) | | | | Crackers, Cookies, Cakes (box) | 3 | 3 |
| Combination Lock | 2 | X | | | | Pencils/Pens | 18 | | | Creamer, non-dairy (box) | 2 | X |
| Earrings, Pair (females) | 1 | | | | | Photo Album (no metal) | 1 | | | Instant Drinks (containers) | 5 | 5 |
| Religious Articles | | | **MISCELLANEOUS** | | | Photograph with frame | 1 | | | Potato Chips, Popcorn, Pretzels, Nuts | 8 | 8 |
|   Jewelry $25 | 1 | | Air Freshener, solid | 2 | X | Postage Stamps/stamped envelopes | 20 | | | | | |
|   Clothing (Female 4) | 3 | | Comb | 1 | | Ruler (plastic) | 1 | | | Pudding (packages) | 2 | X |
|   Other | 4 | | Drinking Cup 16 oz. max. | 1 | | Scotch Tape rolls | 2 | | | Soft drinks, juice (case) | 1 | X |
| Ring, Wedding - $75 | 1 | | Hair Brush | 1 | | Writing Paper tablets | 2 | | | Soup Noodles | 24 | 10 |
| Sewing Kit | 1 | | Laundry Soap | 2 | | **LINEN ITEMS** | | | | Spreads – condiments, mayo, honey, cheese, jelly | 6 | 3 |
| Shoe/boot laces (spare) | 3 | | Mirror (plastic) | 1 | | Laundry Bag | 2 | | | | | |
| Shoe Polish - no wax | 1 | | Nail Clipper (small) | 1 | | Personal Sheets & Pillow cases (set) | 1 | | | Sweetener (box) | 1 | X |
| Shoeshine Brush | 1 | | Razor (Disposable only) | 5 | | | | | | Tea bags (box) | 1 | X |
| Shoeshine Cloth | 1 | X | Roach/Ant motel | 3 | | Towels, hand or bath | 6 | | | Plastic bowl | 1 | X |
| Sunglasses | 1 | ✓ | Soap Dish (plastic) | 1 | | Washcloths | 4 | | | Plastic fork & spoon (pack) | 1 | X |
| Trash can - max 3 gal. | 1 | X | Soap Dish (plastic) | 1 | | | | | | | | |
| Wrist watch $50 | 1 | X | Toothbrush | 2 | X | | | | | | | |

I/we, __J Sweeney Co I__ , Date __06-07-17__ , have personally inventoried the above listed items and find this to be true and correct.

I, inmate __X_____ DOC # __252-782__ , have checked the above list of personal property and agree that all the items hereon are mine, and consist of all my personal property.

I, _____ , Date _____ , have checked the above list of property and certify that the items were received into my custody and issued to the above-named inmate.

I, inmate _____ , DOC # _____ , have received these items on date _____

DC Form 220-004a (8/05)        ⊛        Distribution: White – Property File    Canary – Base File    Pink – Inmate



# Department of Public Safety and Correctional Services

**Division of Correction**
**Maryland Correctional Training Center**
18800 ROXBURY ROAD • HAGERSTOWN, MARYLAND 21746
(240) 420-1601 • FAX (301) 797-8574 • TTY USERS 1-800-735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

LARRY HOGAN
GOVERNOR

BOYD K. RUTHERFORD
LT. GOVERNOR

STEPHEN T. MOYER
SECRETARY

WILLIAM G. STEWART
DEPUTY SECRETARY
ADMINISTRATION

J. MICHAEL ZEIGLER
DEPUTY SECRETARY
OPERATIONS

RHEA L. HARRIS
ASSISTANT SECRETARY
PROGRAMS AND
SERVICES

DAVID N. BEZANSON
ASSISTANT SECRETARY
CAPITAL PROGRAMS

DIVISION OF
CORRECTION

YENA M. CORCORAN
COMMISSIONER

CAROLYN J. SCRUGGS
ACTING DEPUTY
COMMISSIONER

MARYLAND
CORRECTIONAL
TRAINING CENTER

RICHARD D. DOVEY
WARDEN

STEVEN W. MYERS
ASSISTANT WARDEN

GEORGE J. MORRIS
CHIEF OF SECURITY

## MEMORANDUM

**TO:**        Earl Johnson, #252782 / SID 335615
HU7A-1-10

**FROM:**     Richard Dovey, Warden

**DATE:**     July 31, 2017

**SUBJECT:**  EVENT 2017-0030117-ALLEGED FALSE REPORT

Thank you for your letter that was sent to the Office of the Deputy Secretary regarding Event 2017-0030117. Secretary Zeigler received your correspondence and forwarded your letter to my office for response.

In your letter you state that the officers wrote a false report and you were found not guilty at the hearing. I have reviewed your concerns and found that when this incident occurred, the officer heard you yelling at inmates inviting them to fight and drinking what appeared to be homemade alcohol. When the officer approached you, the smell of alcohol was emanating from your person and he cuffed you without incident. A search of your cell yielded homemade alcohol.

On June 27, 2017, this event was heard and a *plea agreement was reached*; the hearing officer dismissed rule violations 114 and 301, however you were *found guilty* of rule 406. You were sanctioned to 15 days cell restriction. There were pictures and testing strips that were "positive" for alcohol. While a plea agreement was reached this is not a "not guilty" finding, you were, in fact, found guilty of rule 406.

As to your request for names of the officers involved in this event, you may ask your attorney to subpoena the facility for this information.

I hope this provides some level of clarification regarding this matter. If you have any further questions, please feel free to contact my office.

RDD:RS;tlh

c:    Rose Thompson, Office of the Deputy Secretary, Operations
Valerie Ferrell, Inmate Affairs
Captain Webb, Investigations
R. Stevenson, Case Management
Base File
File

Appendix 1 to DCD 20-12

WARDEN'S OFFICE
Received
JUL 1 4 2017
MCTC

Department of Public Safety and Correctional Services
Division of Correction
MCTC
Institution/ Facility
**Application and Consent Form for Release of Inmate Case Information**

1. Inmate: *Earl Johnson*    DOC#: *252782*

2. Inmate Record Release to:  ☑ Self  ☐ Other  Name: _____

3. Specific items in the inmate record to be reviews:
*Copies of pictures of alcohol supposedly found in cell.*

4. Reason for reviewing inmate record:
*To file a lawsuit.*

5. If my request to review the inmate case record is approved, I agree to use the information only for legitimate purposes and in the furtherance of my official duties. I agree that any information obtained shall not be disseminated to any person not authorized to receive it.

   Email *EARL D Johnson*    *Earl D Johnson*    *7/10/2017*
   Printed Name    Signature    Date

6. **Warden's Decision:**  ☐ Approve    ☒ Disapprove

   _____    *7-14-17*
   Warden/ Designee Signature    Date

   Comments: *Pictures were for use by security. Substance was tested - positive for alcohol*

7. **Certification:**
   _____ Copies received by or sent to _____ on _____

   The inmate record was reviewed in my presence by _____
   (Print Name)    (Signature)

   on _____

   _____    _____
   Staff Member Title    Date

**Consent for Release of Inmate Case Record Information**
**When not Specifically Governed by ACM**
I understand that my case records are protected under appropriate federal and state confidentiality regulations and cannot be disclosed without my written consent unless otherwise allowed by the aforementioned regulations. I also understand that I may revoke this consent at any time except to the extent action has been taken in reliance on it, and that, in any event, this consent expires automatically, as described below.

Specification of the date, event, or condition upon which this consent expires:

_____

Completed this _____ Day of _____, 2014

Inmate: _____    Witness: _____

Distribution:   Custodian of Records File
                Inmate Base File

DC Form 20-12aR (Rev. 12/05)



EARL D Johnson JR 252-482 /935-615
18800 Roxbury Rd
Hagerstown MD
21746

RECEIVED
JUL 28 2017

INmate Grievance office
115 Sudbrook Lane) Suite 200
Pikesville MD 21208-3878

Department of Public Safety and Correctional Services
## NOTICE OF INMATE RULE VIOLATION

INMATE COPY

Inmate Name: EARL JOHNSON    SID Number: 335615    Facility Location: Maryland Correctional Training Center

Housing Location: MCTC HU7C_1_009_B    Case Number: 2017-045    Control Number: 252782

Reporting Staff Name: J Steele    Position:COII    Date of Report: 06/07/2017

**Reported Facts:**

Date of reported conduct:  06/07/2017    Time of reported conduct:   8:30 PM

**Reported Facts:**
On the above date and time while watching rec hall on HU 6 Btier I witnessed an inmate later identified as Earl Johnson DOC#252782SID#335615 drinking what appeared to be homemade alcohol in the rec hall. I witnessed inmate Johnson yelling loudly at several Ramadan inmates and inviting them to fight him. I ordered inmate Johnson out of the rec hall and could smell alcohol on his breath. I ordered inmate Johnson to turn around and be handcuffed to which he complied. After inmate Johnson was handcuffed, myself and Sgt. Calder went to inmate Johnson's cell and discovered numerous single bottles of homemade alcohol and one large bag of homemade alcohol. The suspected alcohol was tested utilizing an alco-screen test which tested at a .3% or higher range. Pictures were taken of the homemade alcohol and the inmate was identified using his DOC ID. Inmate Johnson was escorted to the dispensary for medical treatment.

**Recommended Charge: 114 , 406**

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

Reporting staff:    J Steele    COII    06/07/2017
Print Name and Title    Signature    Date

**Supervisor Review Action**

☐ Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑ Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
  ☑ Recommended Administrative Segregation Assignment Pending Formal Hearing    ☐ Use Of Force Reported
☐ Contraband Disposition

Rule Violation Charge :
114.Possess a controlled dangerous substance, intoxicant, or alcohol in sufficient quantity or packaging materials that suggests an intent to distribute or distribution
301.Possess or use alcohol without authorization
406.Possess or pass contraband

Comments :

Shift Supervisor  B KRETZER    Agent    06/07/2017
Print Name and Title    Signature    Date

had me placed in    c Tier - LonDRY Room
olding cell in medical    we was making Fadd
For the Finals NBA    6-B-17-A   6/7/2017
Ryan Gole

1 of 3

Department of Public Safety and Correctional Services
NOTICE OF INMATE RULE VIOLATION

Inmate Name: EARL
JOHNSON     SID Number: 335615     Facility Location: Maryland Correctional Training Center

Housing Location: MCTC HU7C_1_009_B     Case Number: 2017-045     Control Number: 252782

Reporting Staff Name: J Steele     Position: COII     Date of Report: 06/07/2017

**Shift Commander's Administrative Segregation Review:**

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve ☐ Disapprove the recommendation.

Shift Commander :     J███Wilt    Agent          06/07/2017
                *Print Name and Title*           *Signature*       *Date*

2 of 3

Department of Public Safety and Correctional Services
## INMATE HEARING RECORD

Inmate Name: EARL JOHNSON          SID Number: 335615     Date of Report: 06/07/2017

Facility Location: Maryland Correctional Training Center

Event ID Number: 2017-0030117          Case Number: 2017-045     Housing Location: MCTC HU7D_1_009_A

Hearing Officer of Record: David Sipes          Reporting Staff Name: J Steele

Inmate Rule Violation Charged: 301 , 406 , 114

---

guilty plea was voluntarily made. The Defendant was also informed that the Warden would review the decision and could modify the sanctions upon review. The Defendant understood and pled guilty. Per agreement, the Facility recommended 15 C/R. HO accepts plea and agreement.

**Decision:**

| Rule Violation Charge | Hearing Officer Decision |
|---|---|
| 114 | Dismissed |
| 301 | Dismissed |
| 406 | Guilty |

**Based upon the credible evidence and findings of facts, provide a written explanation for the Decision:**

The Defendant and Facility reached a plea agreement. The Defendant was informed that by pleading guilty hearing rights and most appeal rights were waived and the Defendant was admitting to the rule violations. The Defendant acknowledged that the guilty plea was voluntarily made. The Defendant was also informed that the Warden would review the decision and could modify the sanctions upon review. The Defendant understood and pled guilty. Per agreement, the Facility recommended 15 C/R. HO accepts plea and agreement.

---

Sanction Imposition

**Adjustment History:**

The defendant inmate's adjustment History is:     **Good**

Adjustment History Override: No

**Adjustment History Sentencing Matrix:**

Effective Date :

| Rule violation charge | Segregation period | Consecutive/ Concurrent | Credit Revocation |
|---|---|---|---|
| 406 | 0 | | 0 |

## Department of Public Safety and Correctional Services
## INMATE HEARING RECORD

Inmate Name: EARL JOHNSON          SID Number: 335615          Date of Report: 06/07/2017

Facility Location: Maryland Correctional Training Center

Event ID Number: 2017-0030117          Case Number: 2017-045          Housing Location: MCTC HU7D_1_009_A

Hearing Officer of Record: David Sipes          Reporting Staff Name: J Steele

Inmate Rule Violation Charged: 301 , 406 , 114

...........................................................................................................................................................

End Date :

**Alternative Sanction:**

| Rule violation charge | Sanction | Other Sanction | Sanction Period | Consecutive/ Concurrent | Effective Date | End Date |
|---|---|---|---|---|---|---|
| 406 | Cell Restriction | | 15 | | 06/07/2017 | 06/21/2017 |

**Suspension of Visitation privilege Imposition:**

| No Records |
|---|

Comment:

Name of Hearing Officer: David Sipes                    Title: Agent

Date of Decision: 06/27/2017

Inmate Name: EARL JOHNSON SID Number: 335615

Event ID Number: 2017-0030117 Case Number: 2017-045

Hearing Officer of Record: David Sipes

Inmate Rule Violation Charged: 301 , 406 , 114

Facility Location: Maryland Correctional Training Center

Housing Location: HU7A_1_010_B

Date of Report: 06/07/2017

Reporting Staff Name: J Steele

........................................................................................................................................

**Warden's Review of Decision**

**Appeal Received:**  Yes

| Rule Violation Charge | Hearing Officer Decision |
|---|---|
| 114 | Dismissed |
| 301 | Dismissed |
| 406 | Guilty |

**Warden's Review of Decision :**  Affirm Decision

Warden's Review of Sanction

**Adjustment History Sentencing Matrix:**

Effective Date :

| Rule violation charge | Segregation period | Consecutive/ Concurrent | Credit Revocation | Sanction Suspended |
|---|---|---|---|---|
| 406 | 0 | | 0 | No |

**End Date :**

**Alternative Sanction:**

| Rule violation charge | Sanction | Other Sanction | Sanction Period | Consecutive/ Concurrent | Effective Date | End Date | Sanction Suspended |
|---|---|---|---|---|---|---|---|
| 406 | Cell Restriction | | 15 | | 06/07/2017 | 06/21/2017 | No |

**Suspension of Visitation privilege Imposition:**

No Records

Inmate Name: EARL JOHNSON SID Number: 335615     Facility Location: Maryland Correctional Training Center

Event ID Number: 2017-0030117  Case Number: 2017-045     Housing Location:  HU7A_1_010_B     Date of Report: 06/07/2017

Hearing Officer of Record: David Sipes     Reporting Staff Name: J Steele

Inmate Rule Violation Charged: 301 , 406 , 114

....................................................................................................................................

**Did the Warden or designee affirm all sanctions?**   Yes

**Comments:**

**Remand:**   N/A

**Comments:**   N/A

**Name of Reviewer:** Richard Dovey          **Title:** Agent

**Date of Review:** 07/06/2017

Remanded Hearing: Prior to an appearance, you are entitled to 24 hours from the date and time of your receipt of this notice to prepare for your scheduled hearing. You may be permitted to request: a qualified staff or inmate to represent you, a witness (including reporting staff), and evidence for the purposes of your hearing presentation if you list them by name below. Failure to request representation, a witness, or evidence below at the time of this service shall be deemed a waiver of representation, a witness, or evidence at the time of your hearing. You may appeal a hearing officer's decision and or sanction to the warden within 15 days of the date for your receipt of the decision.

Representative: _____Evidence Request:_____

Witness Request:_____