EARL D Johnson JR

18880 Roxbury Rd

Hagerstown MD

       21746



FILED    ENTERED
LODGED    RECEIVED

AUG 2 1 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United State District Court

office of the Clerk

6500 Cherrywood Lane

Greenbelt Maryland 20 770