United States District Court
District of Maryland
Office of the Clerk

JUL 22 2019
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

July 18, 2019

8:17-CV-02419-GJH

[Motion to Response of dismiss of Petition]
[Summary Judgement Requested]

Eric Kretzer: is no Doctor to have me placed in a holding cell in medical and stated I had Been Drinking Alcohol and stated I was intoxicated I was check out and cleared that I was not intoxicated they have no proof other than the order of Kretzer order By him to take my shoe off and placed out side the cell with a Inmate checking on me every 10 minutes Kretzer is not a Doctor or nurse who has Approval I was not Intoxicated so why was I placed in medical cell as if I was Intoxicated So I was discriminated against my cell partner was not change Ryan Gole 6-B-7 on 6/7/2017 he white I am Black.

Sgt. Calden: officer Calden signed a False Report no Body in medical stated I was Intoxicated or nurse I was discriminated against the policy is that Both inmate's Be change with rule violation not enless one of them make a statement my cell partner was white I was Found not guilty for 114-301 So were the contraband False Report.

Commander J. Witt: signed a False Report without any investigation Both inmate is to be changed this was not done it a Doc Policy Plus no Body a Doctor to Place me in a medical holding Cell Being watch every 10 minute that a Constitution violation you only

me who do you know he wasn't the one who had Alcohol I was cleared of use Alcohol so why was handled this way I was discriminated against the Alcohol charge's was Dropped Both inmate is to be charged I was set up By these officer action/ Summary Judgement

J. Steele; officer

J Steele wrote a false Report he only wrote me a ticket not the white inmate Alcohol Both inmate is to Be Charged even if a stat is wrote it Doc Policy I was discriminated against By this officer Action Summary Judgement For time spent on Lock 300 Dollar a Day For seg time they Violated Doc Policy and should Be healed Accountable For there action I'd like 20 Day Before I went up For said ticket it cost me my Family Day!

J. Sweeney;

left my Property out and it got Damaged and I Lost 70 Dollar in Food that was take By officer on Inmate's it would have Never been place there For said Report that was a Violation of Doc Policy which is Both inmate is to be charged Summary Judgement

Richard Dovey

has the Power to over turn Any wrong doing By his officer M a clear violation of Doc Policy I was discriminated By these officer Action and nothing was Done Summary Judgement For over Looking there policy

252-782 / 335-615

Earl W Johnson  7/18/2019