EARL D Johnson JR 252-782
18800 Roxbury Rd 335-615
Hagerstown MD
21746

BALTIMORE MD 212
19 JUL 2019 PM 8

united state District court
office of the clerk
6500 cherry wood, Lane
Greenbelt, Maryland
20770

JUL 22 2019
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

20770-124999

Outgoing

JUL 1 8 2019

Inmate Mail